Commonwealth *v.* Baker, Appellant.

Submitted November 13, 1967. *Thomas W. Henderson* and *Daniel T. Zamos,* Assistant Defenders, and *George H. Ross,* Defender, for appellant; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Banks et al., Appellants.

Argued November 13, 1967. *Daniel M. Berger,* with him *Berger & Berger,* for appellants; *Robert W. Duggan,* District Attorney, with him *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, for Commonwealth, appellee.

PER CURIAM: The judgments of sentence are affirmed and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentences, or any part of them which had not been performed at the time the appeal was made a supersedeas.

WRIGHT, J., took no part in the consideration or decision of this case.